UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA : 17 Cr. 208 (WHP)

       - v. - : <u>ORDER</u>

EMMANUEL LAMBRAKIS, :

       Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       The Government is directed produce of all 3500 material to defense counsel by no later than Friday, November 22, 2019 at 5:00 p.m.

Dated:  November 20, 2019
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.