UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
                              :
UNITED STATES OF AMERICA     :
                              :   **SUPPLEMENTAL PROTECTIVE**
       - v. -                :   **ORDER**
                              :
EMMANUEL LAMBRAKIS,       :   17 Cr. 208 (WHP)
                              :
            Defendant.   :
                              :
------------------------------ X

       Upon the application of the United States of America, Geoffrey S. Berman, United States Attorney for the Southern District of New York, by and through Ryan Finkel, Sarah Mortazavi, and Joshua Naftalis, Assistant United States Attorneys, of counsel ("the Government"), pursuant to Federal Rule of Criminal Procedure 16(d), on the consent of the defendant EMMANUEL LAMBRAKIS, through his counsel Peter Brill, Esq. (the "defendant"), and for good cause shown,

       IT IS HEREBY ORDERD:

       1.   With the exception of otherwise publicly available documents and information, all materials, including documents and the information contained therein, electronic data, and other audio or visual materials that are provided by the Government to the defendant in this action pursuant to 18 U.S.C. § 3500, *Brady* v. *Maryland,* 373 U.S. (1963), or *Giglio* v.

*United States*, 405 U.S. 150 (1972) are considered "Discovery," as defined in the Protective Order in this case, dated February 28, 2017 (16 Mag. 7690 Dkt. 11).

Dated:   New York, New York
         November 22, 2019

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.