UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

       -against-                                      :         17 Cr. 208 (WHP)

Emmanuel Lambrakis,                              :         <u>ORDER</u>
                      Defendant.      :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on April 20, 2020 at 11:00 a.m. regarding defendant's application for bail. The dial-in number is 888-363-4749, passcode 3070580.

Dated: New York, New York
       April 17, 2020

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.