UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                     :

       -against-                                          :         17 Cr. 208

EMMANUEL LAMBRAKIS,                           :         <u>ORDER</u>

                Defendant.       :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

       The <u>Fatico</u> hearing scheduled for July 28, 2020 is rescheduled to September 22, 2020 at 9:30 a.m.

Dated: July 6, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.