UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :

      -against-                                   :                17 Cr. 208

EMMANUEL LAMBRAKIS,                          :                ORDER

                  Defendant.          :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

      The Court will hold a teleconference on September 4, 2020 at 11:30 a.m.  The

dial-in number is 888-363-4749, passcode 3070580.

Dated:  September 3, 2020
       New York, New York

                        SO ORDERED:

                        WILLIAM H. PAULEY III
                        U.S.D.J.