UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                      :

       -against-                                   :         17 Cr. 208

EMMANUEL LAMBRAKIS,                            :         ORDER

                        Defendant.       :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

       The Court will hold a teleconference on November 17, 2020 at 11:00 a.m. The dial-in number is 888-363-4749, passcode 3070580.

Dated: November 12, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.