

**BRILL LEGAL GROUP, P.C.**

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Rita Bonicelli*
Matthew Haicken*
James Moschella*

*Of Counsel

February 23, 2021

**Via ECF**
Hon. William H. Pauley
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States* v. *Lambrakis*, 17 Cr. 208

Dear Judge Pauley:

As per the Court's CJA clerk, I am writing to request that the Court approve Mr. Caliendo for more than ten hours as an associate in this matter, *nunc pro tunc* to July 31, 2019. I inadvertently left out this specific request in my letter asking that he be appointed as associate counsel, and the Court's approval is required for the CJA voucher to be processed.

As Mr. Caliendo has put in approximately 174 hours to date prior to the *Fatico* hearing, I would ask that he be approved for 250 hours in total at this point.

Thank you for your consideration.

Application granted.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

March 3, 2021

Respectfully submitted,

Peter E. Brill
306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788