UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :

        -against-                                        :                    17 Cr. 208

EMMANUEL LAMBRAKIS,                         :                    ORDER

                Defendant.         :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The teleconference scheduled for March 23, 2021 is adjourned to May 26, 2021 at

11:00 a.m.  The Fatico hearing will take place on June 2, 2021.

Dated: March 19, 2021
       New York, New York

                           SO ORDERED:

                           _____
                           WILLIAM H. PAULEY III
                           U.S.D.J.