UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                      :

    -against-                                            :    17 Cr. 208

EMMANUEL LAMBRAKIS,                            :    <u>ORDER</u>

                      Defendant.      :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The teleconference scheduled for May 26, 2021 is cancelled.

Dated: May 25, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.