UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 17 Cr. 208 (KPF) |
| EMMANUEL LAMBRAKIS, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

Sentencing in this case shall take place on August 26, 2021, at 3:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Defendant's submission shall be due two weeks in advance of sentencing and the Government's submission shall be due one week in advance of sentencing.

The Court understands that the parties no longer request a *Fatico* hearing. (*See* Dkt. #131). Accordingly, the Clerk of Court is directed to terminate the motions pending at docket entries 124 and 129.

SO ORDERED.

Dated: June 25, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge