December 23, 2021

**Via ECF**
Hon. Katherine Polk Failla
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007



MEMO ENDORSED

Re: *United States* v. *Lambrakis,* 17 Cr. 208

Dear Judge Failla:

    I write to request an additional one-week delay of Dr. Lambrakis's surrender.

    After speaking with Johnna Burrows, at the BOP Delta Team for Northeast designations, Ms. Burrows did not get back to me despite multiple attempts. I then spoke to Raymond Lopez of the Delta Team and resent the medical information I had previously provided. Mr. Lopezs just informed me that Mr. Lambrakis' designation to Fort Dix has been cancelled and is being reviewed for redesignation to a more appropriate facility.

    Mr. Lopez therefore suggested that I ask the Court for an additional delay of Dr. Lambrakis' surrender date.

    Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

Application GRANTED.  Mr. Lambrakis's surrender date shall be extended by one week, until January 3, 2022.  The Clerk of Court is directed to close the motion at docket entry 148.

Date:    December 27, 2021
         New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE