



December 30, 2021

**Via ECF**
Hon. Katherine Polk Failla
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *United States* v. *Lambrakis,* 17 Cr. 208

Dear Judge Failla:

I write to request another one-week delay of Dr. Lambrakis's surrender.

On Tuesday, December 28, I was again able to speak with Johnna Burrows at the BOP Delta Team for Northeast designations. Ms. Burrows confirmed that Dr. Lambrakis' designation to Fort Dix has been cancelled and is being reviewed for redesignation to a more appropriate facility. As of Tuesday, that review had not been completed and I informed Ms. Burrows that I would call back on Thursday.

Since this morning, I have called every number I have (around 10 numbers) at Grand Prairie, and emailed, and have not been able to get anyone on the phone or an email response.

The only other option would be for Dr. Lambrakis to report to MDC on Monday. Given the exponential rise in COVID cases at MDC this week, we do not believe that would be a safe environment for Dr. Lambrakis in his current medical condition.

Thank you, again, for your consideration.

Respectfully submitted,

Peter E. Brill

Application GRANTED.  Mr. Lambrakis's surrender date shall be extended by one week, until January 10, 2022.  The Clerk of Court is directed to close the motion at docket entry 150.

Date:     December 30, 2021          SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE