**BRILL LEGAL GROUP, P.C.**  Tel: (888) 315-9841  |  www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

January 5, 2022

**Via ECF**
Hon. Katherine Polk Failla
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007



Re: *United States* v. *Lambrakis,* 17 Cr. 208

Dear Judge Failla:

I write to request a final delay of Dr. Lambrakis's surrender.

I was finally able to get confirmation that the redesignation went through, to FMC Devens.

Due to the alarming rise in COVID numbers at MDC, his family would like to drive him directly to Devens. Given the short notice, his family is unable to make arrangements on or before January 10, and are respectfully requesting an extension to Friday, January 14.

Thank you, again, for your consideration.

Respectfully submitted,

Peter E. Brill

```
Application GRANTED.  Mr. Lambrakis's surrender date shall be
extended one final time to January 14, 2022.  The Clerk of
Court is directed to terminate the pending motion at docket
entry 152.
                                    SO ORDERED.
Date:      January 6, 2022
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

306 Fifth Avenue Penthouse  |  64 Hilton Avenue  |  150 Motor Parkway Suite 401
New York, N.Y. 10001  |  Hempstead, N.Y. 11550  |  Hauppauge, N.Y. 11788